**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID SANTIAGO PULLUQUITIN PAUCAR,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-4259** |
| | : | |
| **JAMAL L. JAMISON, in his official capacity** | : | |
| **as the Facility Administrator of the Philadelphia** | : | |
| **Federal Detention Center,** *et al.*, | : | |
| *Respondents.* | : | |

<u>**ORDER**</u>

**AND NOW**, this **22nd** day of **June 2026**, upon review of Petitioner David Santiago Pulluquitin Paucar's Petition for Writ of Habeas Corpus (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **<u>June 25, 2026</u> at 12:00 p.m. (noon)**.

3. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **<u>June 22, 2026</u> at 5:00 p.m.**: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; gregory.david@usdoj.gov.

4. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter

and that AUSA shall enter their appearance for Respondents on or before **June 23, 2026** at 12:00 p.m. (noon).

5. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Demirel v. Fed. Det. Ctr. Phila.* (No. 25-cv-5488); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **June 29, 2026 at 4:00 p.m.**

6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

2